# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 21, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE

CLERK _____

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

    Re:  Earl Charles Martin
         v. Texas
         No. 15-5305
         (Your No. 01-14-00202-CR)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 7, 2015 and placed on the docket July 21, 2015 as No. 15-5305.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst